IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
JUL 02 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 15-00001-H-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR WRIT OF HABEAS CORPUS (*AD PROSEQUENDUM*) |
| ERIKA RAE BROWN, | |
| Defendant. | |

IT IS ORDERED that the Clerk of this Court shall issue a Writ of Habeas Corpus (*ad prosequendum*) directing the Warden of the Federal Correctional Institution at Danbury, Connecticut and Rod Ostermiller, United States Marshal for the District of Montana, to produce Erika Rae Brown before the Court at the Russell Smith Courthouse in Missoula, Montana, at 9:00 a.m. on August 9, 2018.

DATED this 2nd day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court